# United States District Court

## for the
## Western District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: NATHAN WEDGEWORTH　　　　　　　　　Case Number 4:05CR40010-01

Name of Sentencing Judicial Officer: Honorable Harry F. Barnes, Senior U.S. District Judge

Date of Original Sentence: September 15, 2005

Original Offense:　　　18 U.S.C. 2423(a) Transportation of a Minor with Intent to Engage in Criminal Sexual Activity

Original Sentence: 60 Mo. Imprisonment, Lifetime Term of Supervised Release, $368 Restitution, $100 S.A.

Type of Supervision: Term of Supervised Release　　　Supervision Commenced: July 2, 2009

## PETITIONING THE COURT

[ ]　To extend the term of supervision for _____ years, for a total term of _____ years.
[X]　To modify the conditions of supervision as follows:

**MENTAL HEALTH**: The defendant is required to participate in a mental health treatment program and / or sex offender treatment program provided by a Registered Sex Offender Treatment Provider, as approved by the United States Probation Officer, which may include but not be limited to group and /or individual counseling sessions, Abel Screen, polygraph testing and / or psycho-physiological testing, and any other testing, to assist in treatment and case monitoring administered by the sex offender contractor of their designee. Further, the defendant shall participate as instructed and shall abide by all policies and procedures of the sex offender program, until such time as the defendant is released from the program as approved by the United States Probation Officer. The defendant will incur costs associated with such sex offender treatment and testing, based on ability to pay by the United States Probation Officer. The defendant shall waive his / her right of confidentiality in any records for mental health treatment imposed as a consequence of this judgment to allow the supervising United States Probation Officer to review the defendant's course of treatment and progress with the treatment provider.

## CAUSE

The Probation Office and offender Wedgeworth both feel that he could benefit from mental health treatment.

Respectfully submitted,

by　_____
　　John C. Mooney, Jr.
　　Supervising U.S. Probation Officer
　　Date: October 23, 2009

Prob 12B                               -2-                    Request for Modifying the
Nathan Wedgeworth                                        Conditions or Terms of Supervision
                                                              with Consent of the Offender

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer
Honorable Harry F. Barnes,
Senior U.S. District Judge

Date 10/27/09

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 2 7 2009

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

PROB 49
(5/00)

RE: Nathan Wedgeworth
4:05CR40010-001

# UNITED STATES DISTRICT COURT
## for the
## Western District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or the proposed extension of my term of supervision:

> **MENTAL HEALTH:** The defendant is required to participate in a mental health treatment program and/or sex offender treatment program provided by a Registered Sex Offender Treatment Provider, as approved by the United States Probation Officer, which may include but not be limited to group and/or individual counseling sessions, Abel Screen, polygraph testing and/or psycho-physiological testing, and any other testing, to assist in treatment and case monitoring administered by the sex offender contractor or their designee. Further, the defendant shall participate as instructed and shall abide by all policies and procedures of the sex offender program, until such time as the defendant is released from the program as approved by the United States Probation Officer. The defendant will incur costs associated with such sex offender treatment and testing, based on ability to pay by the United States Probation Officer. The defendant shall waive his/her right of confidentiality in any records for mental health treatment imposed as a consequence of this judgement to allow the supervising United States Probation Officer to review the defendant's course of treatment and progress with the treatment provider.

Witness: _____
Lane Hargrove
Senior U.S. Probation Officer

Date: 10/20/09

Signed: _____
Nathan Wedgeworth,
Supervised Releasee

Date: 10-20-09