PROB 12C
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF ARKANSAS

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Nathan Wedgeworth | Case Number: | 4:05CR40010-001 |

Name of Sentencing Judge: The Honorable Harry F. Barnes

Date of Original Sentence: September 15, 2005

Original Offense: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, 18 U.S.C. § 2423(a).

Original Sentence: 60 months custody of the Bureau of Prisons with credit for time served followed by lifetime supervision. Special Conditions: The defendant shall consent to searches of his residence, place of employment, or vehicle by the U.S. Probation Office should there be a suspicion of evidence that may be a violation of supervised release; limited computer and internet access unless authorized by the U.S. Probation Officer; $368 restitution; $100 special assessment.

| | | | |
|---|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: | July 2, 2009 |
| Assistant U.S. Attorney: | Kyra E. Jenner | Defense Attorney: | Morse U. Gist |

## EARLIER COURT ACTION

On October 23, 2009, Supervising United States probation Officer John C. Mooney, Jr., submitted a petition requesting the Court modify conditions of supervision to include sex offender treatment as a condition of supervision. On October 27, 2010, the Court concurred with this request.

## PETITIONING THE COURT

<u>TO ISSUE A WARRANT</u> for defendant to be lodged as a detainer. He is currently serving a two year sentence in the Texas Department of Criminal Justice Institutional Division.

Page 2
Nathan Wedgeworth
Cause Number: 4:05CR40010-001

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **LAW VIOLATION (MANDATORY CONDITION):** On February 23, 2010, Nathan Wedgeworth was arrested by the Montgomery County Sheriff's Department in Conroe, Texas, for the offense of Failure To Report Change of Address, a 3rd Degree Felony, in violation of Section 62.055(a) of the Texas Penal Code. On July 23, 2010, the defendant pled guilty to this charge and was sentenced to 2 years confinement in the Texas Department of Criminal Justice, Institutional Division under Cause Number 10-04-03403-CR in the 435th District Court in Montgomery County, Texas. |
| 2 | **FAILURE TO REPORT CHANGE IN RESIDENCE WITHIN 72 HOURS (STANDARD CONDITION):** Nathan Wedgeworth failed to notify his supervising U.S. Probation officer he had changed his residence as evidenced by his arrest for failure to report change of address on February 23, 2010. |

U.S. Probation Officer Recommendation:

[ ] The term of supervision should be
    [ X ] revoked.
    [ ] extended for years, for a total term of years.

[ ] The conditions of supervision should be modified:

Approved:

_Carlos M. Solis, Jr._, Supervising
U.S. Probation Officer

by

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted:

_Lane Hargrove_
Senior U.S. Probation Officer
September 7, 2010

Name of Offender: Nathan Wedgeworth
Case Number: 4:05CR40010-001
Page Number: 3

THE COURT ORDERS:

[ ] No Action

[✓] The Issuance of a Warrant, and no bond.

[ ] The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ] The Issuance of a Summons.

[ ] Other:

Harry F. Barnes
Senior U. S. District Judge

10/26/10
Date

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 26 2010

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk