AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

U.S. DISTRICT COURT
ERN DISTRICT ARKANSAS
FILED

JUN 1 6 2011

CHRIS H. JOHNSON, CLERK

DEPUTY CLERK

United States of America
v.

NATHAN WEDGEWORTH
*Defendant*

)
)
)
)
)

Case No. 4:05CR40010-001

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* NATHAN WEDGEWORTH ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 10/26/2010

*Issuing officer's signature*

City and state: Texarkana, Arkansas

Christopher R. Johnson, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/29/2010 , and the person was arrested on *(date)* CASE TRANSFER TO S/TX ON 11/11/2010
at *(city and state)* Texarkana, AR . TRANSFER OF JURISDICTION

Date: 6/8/2011

*Arresting officer's signature*

Mark Spillman SUSM
*Printed name and title*